IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT AND ORDERS PURSUANT TO 18 U.S.C. §§ 2703(C)(1)(A) AND 3122(A)(1) FOR THE<br><br>(1) DISCLOSURE OF PROSPECTIVE CELL-SITE DATA AND E-911 PHASE II DATA;<br><br>(2) DISCLOSURE OF STORED TELECOMMUNICATIONS RECORDS; AND<br><br>(3) INSTALLATION OF A PEN REGISTER/TRAP AND TRACE DEVICE<br><br>ON 302-415-9884 | No. 1:24-sw-362<br>No.1:24-ec-1181<br><br>**UNDER SEAL** |

**NOTICE**

☒ The undersigned attorney certifies that the attached Application, Warrant, and proposed Orders precisely follow the language previously approved by the Magistrate Judges of the Eastern District of Virginia.

☐ The undersigned attorney certifies that the attached Application, Warrant, and proposed Orders precisely follow the language previously approved, except for the following specified paragraphs or items:

Respectfully submitted,

*Vanessa Strobbe*

Vanessa Strobbe
Assistant United States Attorney

VERSION: April 2021